UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

MARC SAPATIN,

                    Defendant.

No. CR18-255RSL

MINUTE ORDER

          The following Minute Order is made and entered on the docket at the direction of the

HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

          The imposition of sentence for the above named defendant has been rescheduled from Friday,

June 14, 2019 to **Friday, November 1, 2019 at 9:30 a.m.** in room 15106 before the Honorable Robert S.

Lasnik, United States District Court Judge.

          DATED this 11th day of March, 2019.

                                        /s/Kerry Simonds
                                        by Kerry Simonds, Deputy Clerk
                                        To Robert S. Lasnik, Judge
                                        206-370-8519

MINUTE ORDER